473 A.2d 647

Commonwealth v. Bowser.

Appeal of Joe Baker.

Reargument Denied April 18, 1984.

Submitted September 23, 1983. Joe Baker, appellant, in propria persona; Charles J. Rehkamp, Jr., District Attorney, for Commonwealth, appellee; Robert Bowser, participating party, in propria persona.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Affirmed.